JUDICIAL CIRCUIT OF THE STATE OF
FLORIDA. IN AND FOR PASCO COUNTY
CRIMINAL DIVISION

STATE OF FLORIDA

vs                                    CASE# 2018CF002638CFAXES

TERRY TUTEN ID# 3086761    ROBERT KNAUF
                                          COUNSEL

"MOTION TO DEMAND SPEEDY TRIAL"

THE DEFENDANT HAS A RIGHT TO SPEEDY TRIAL
PERSUANT TO FLA.R.CRIM.P. 3.191 THE DEFENDANT
COMES FOURTH DEMANDING SPEEDY TRIAL,
PREVIOUSLY HAVING TROUBLE COMMUNICATING
WITH HIS LAWYER ROBERT KNAUF. ON THIS 18TH
DAY OF JUNE 2018. I CERTIFY THIS MOTION AS
CORRECT AND TRUE.

"CIRTIFICATE OF SERVICE"
I HEREBY CERTIFY THAT A TRUE COPY OF THIS
MOTION ABOVE SAID. HAS BEEN MAILED TO THE
CLERK OF THE COURT. "SIXTH JUDICIAL". AND A COPY
HEREOF WAS MAILED TO THE OFFICE OF THE
STATE ATTORNEY, ALSO THE PUBLIC DEFENDERS
OFFICE. AT 38053 LIVE OAK AVE, DADE CITY
FLORIDA. 33523. ON THIS 18TH DAY OF JUNE 2018
                    VERY RESPECTFULLY SUBMITTED.
                              Terry Tuten

COPIES TO. STATE ATTORNEYS OFFICE / PUBLIC DEFENDER'S
OFFICE.

JUDICIAL CIRCUIT OF THE STATE OF
FLORIDA, IN AND FOR PASCO COUNTY
CRIMINAL DIVISION

" REQUEST TO COUNSEL"

STATE OF FLORIDA

VS                                    Case # 2018 CF 002638 CFAXES

TERRY TUTEN ID# 3086761

ROBERT KNAUF          " FOR THE RECORD"
COUNSEL

DEFENDANT REQUEST TO COUNSEL

MR. ROBERT KNAUF TO PLEASE FILE MOTIONS FOR THE
INTREST, AND ON BEHALF OF THE DEFENDANT

1) MOTION FOR ADVISARY PRELIMINARY HEARING PERSUANT TO
FLA. R. CRIM. P. 3.133(B)(1). THE DEFENDANT HAS A RIGHT TO
ADVERSARY PRELIMINARY HEARING ON ANY AND ALL FELONY
CHARGES PENDING AGAINST THE DEFENDANT AND THE
SUBSEQUENT FILING OF AN INFORMATION OR AN
INDICTMENT SHALL NOT ELIMINATE A DEFENDANT ENTITLEMENT
TO THIS PROCEEDING.

2) MOTION TO DEMAND DISCOVERY.

3) MOTION TO DISMISS

4) MOTION TO SUPRESS

5) MOTION TO DEMAND FOR SPEEDY TRIAL

" CERTIFICATE OF SERVICE"

I HEREBY CERTIFY THAT A TRUE COPY OF DEFENDANT REQUEST TO
COUNSEL TO FILE THE ABOVE SAID MOTION HAS BEEN MAILED TO
THE CLERK OF COURT, "SIXTH JUDICIAL", AND A COPY HEREOF WAS
MAILED TO THE OFFICE OF THE STATE ATTORNEY. AT 38053 LIVE
OAK AVE, DADE CITY FLORIDA, 33523. ON THIS 18th
DAY OF JUNE 2018. VERY RESPECTFULLY SUBMITTED. DEF.
COPIES TO: STATE ATTORNEY'S OFFICE / Terry Tut ID# 3086761
DADE CITY P.D OFFICE.

## REPORTING OFFICER NARRATIVE

| *Pasco Sheriff's Office* | | | OCA |
|---|---|---|---|
| Victim | | Offense | *18-013831* |
| | | *INFORMATION FOR DEPUTY* | Date / Time Reported |
| | | | *Fri 04/06/2018 01:33* |

RELATED CASES: None
STAT DATA: None
BWC ACTIVATED: YES
SUPPORT DOCUMENTS: NONE

On 4/4/2016 at approximately 1755 hours I responded to Morton Plant behavioral located at 21808 State Road 54, Land O` Lakes Florida, 34639 in reference to a child abuse complaint. During the investigation, the juvenile, Meagan McMillion, made statements that she used methamphetamine along with other controlled substances. Megan advised there is a man in the Angus Valley area named Terry Tuten W/M 08/31/1987 who resides at 26312 Chiannina Dr. Wesley Chapel, FL, 33544. Terry is the dealer she uses to get her methamphetamine and he also deals Valium, Dillaudid and lots of other drugs. Meagan advised she uses Facebook to get in contact with him or she walks to his house. Based on Meagan`s statements a Narcotic`s Tip was generated and submitted.
Later in the conversation, Meagan also admitted that the root of her father`s issues with her is the fact that she is dating a 25 year old male. Meagan is aware their relationship is against the law and refuses to provide any information on that could result in him getting in trouble.

On 4/5/2017 at approximately 2100 hours, I responded to 6300 Tulip Drive, Wesley Chapel, FL, 33544 in order to make contact with Meagan`s father, Douglas McMillion, and her stepmother, Tina Ogles, for the continuation of the Child Abuse investigation. During the investigation, Douglas and Tina stated Meagan kept a daily journal of her life from 1/14/2018 to 3/25/2018. In the journal, Meagan admits to performing sexual activities for drugs, having sex with a 25 year old and performing sexual act for money using craigslist ads. Douglas provided me with the pages out of the journal he recovered from inside Meagan`s bedroom. Douglas advised he does not know much about CJ but knows he has multiple tattoos and was just recently released from prison.

I observed several pages of handwriting with dates ranging from 1/14/2018 until 3/25/2018. I observed Meagan`s name as a signatures at the bottom of the text on multiple pages. I also made the following specific observations:

On 1/14/18 Meagan stated she had sexual intercourse with "CJ".
On 1/17/18 Meagan made reference to being aware of the age issue between her and "CJ" stating "And with CJ being 25 years old I have to worry about who this all gets around to."
On 2/9/18 Meagan stated she met with "Terri" at his "trap house" and smoked methamphetamine with him, "Jackie", and an unknown male. Megan also admits to smoking Marijuana with the same group that night as well.
On 2/21/18 Meagan advised she was with "CJ" who was "dope sick", in order to help him Meagan stated she met with "Terry" and exchanged sexual activities for Methamphetamine.
On 2/28/18 Meagan stated she continues to get "CJ" pills from "Terry" through the same means.
On 3/17/18 Meagan made reference to having a craigslist clientel to get to make money.
On 3/11/18 Meagan admits to meeting CJ in "Melvin`s RV" having sexual intercourse and spending the night with him. On the same page Megan wrote "Meagan + Christopher = heart sign 1/14/18"

# INCIDENT/INVESTIGATION REPORT

*Pasco Sheriff's Office*

Case # *18-013831*

| Status Codes | L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found |

| | UCR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
*HEBSON, C.N. (3702)*

Suspect Hate / Bias Motivated:   *None*

**NARRATIVE**

REPORTING OFFICER NARRATIVE

| | | OCA |
|---|---|---|
| *Pasco Sheriff's Office* | | *18-013831* |
| Victim | Offense | Date / Time Reported |
| | *INFORMATION FOR DEPUTY* | *Fri 04/06/2018 01:33* |

I conducted a search of Meagan's Facebook page and observed a friend by the name of "CJ Morris". I conducted a search of RMS using the name "Christopher Morris" and observed a male matching Douglas' description. I conducted a search of CJnet which advised he was recently released from prison on 12/27/2017 after being incarcerated for one year and three months stemming from multiple charges.

I submitted the journal pages recovered from Douglas McMillion as evidence via property receipt. Based on the above listed investigation and interview I request this case be forwarded to Major Crime Section for further investigation.

GS
4/6/2018
ICR 1x $26.00 = $26.00

PROPERTY / EVIDENCE RECEIPT

Type of Offense:                                                    Page:

Case Assigned to Det/DB:

☐ Evidence  ☐ Security  ☐ DUI/Cash Bond

☐ Found  If Finder Wishes To Claim Fill Out Below

Finder Name:                          Phone #

Address:                City:           State:        Zip:

ALL FOUND PROPERTY HELD 60 DAYS
ALL PROPERTY RETURNED BY APPOINTMENT

List Item #(s) To Hold
List Item #(s) To Destroy
List Item #(s) To Return
Return to Person Listed In Block
☐ #1  ☐ #2  ☐ #3  ☐ Unk. Owner

Discovery Address:                      City:            State:          Zip:

Discovery By:                   Date Rec'd By Office:            Time Rec'd By Officer:

**1** ☐ Owner  ☐ Suspect  ☐ Other                    Check Box If Deceased ☐
Name:                          DOB                    Phone #
Address:                City:            State:          Zip:

**2** ☐ Owner  ☐ Suspect  ☐ Other                    Check Box If Deceased ☐
Name:                          DOB                    Phone #
Address:                City:            State:          Zip:

**3** ☐ Owner  ☐ Suspect  ☐ Other                    Check Box If Deceased ☐
Name:                          DOB                    Phone #
Address:                City:            State:          Zip:

Request For FDLE Testing Only   Chemistry Item #(s)          Latent Item #(s)

Comments:

| ITEM # | QTY | WGT | DESCRIPTION | EVIDENCE INT. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I certify that I am the owner of the above listed property taken from my possession X

I certify that the property I turned over to the Pasco Sheriff's Office is not of mine X

The above listed evidence/property impounded by me in the official performance of duty as a Deputy Sheriff.

Signature                      Printed Name                      CCN #

Date & Time Impounded / Retrieved:            Impoundment Location ☐ NRP ☐ DC ☐ Hot ☐ Dist

| DATE | TIME | ITEM #(S) | CHAIN OF CUSTODY | SIGNATURE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Date & Time Received            Property Spec. Signature            Date & Time Released            Released By

 

## PROSECUTION COVER SHEET

**STATE OF FLORIDA**

vs.                    **Sex/Age**          **DATE/ARREST:** _5/1/18_

_Terry Tuten_                                **CHARGE:** _Human Trafficking_
                                            _Unlawful Sexual Activity_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### OFFENSE

**DATE:** _2/21/18_                         **TIME:** _____

**LOCATION:** ~~Peters~~ _Angus Valley Rd_

**DATE, TIME, LOCATION OF ARREST:** _Loh jail_

_____

**WARRANT:** YES ___ NO _✓_ **OFFICER(S):** _____ _____

**CONFIDENTIAL INFORMANT:** YES ___ NO _✓_ **CI PRESENT DURING OFFENSE:** YES ___ NO ___

**ELECTRONIC SURVEILLANCE:** YES ___ NO _✓_

**BODY BUG:** YES ___ NO _✓_ **TAPE:** YES ___ NO ___

**SEARCH OR SEIZURE:** YES ___ NO _✓_ **SEARCH WARRANT:** _____

**JUDGE:** _____ **WAIVER OF SEARCH** ___ **ORAL** _✓_ **WRITTEN** ___

**STATEMENT BY DEFT:** NONE ___ ORAL _✓_ WRITTEN ___ INCULPATORY _✓_ EXCULPATORY ___

**INTERROGATOR:** _Williamson_

**DETAILS OF MIRANDA WARNING:** _SAO card_

**SHORT SUMMARY OF STATEMENT:** _see reports_

_____

_____

**EVIDENCE AND DESCRIPTION**                  **LOCATION**

1. **PHOTOGRAPHS:** _____    _____

2. **STATEMENTS:** _____✓_____    _PSO_

3. **WAIVER OF ATTORNEY:** _____    _____

4. **FINGERPRINTS:** _____    _____

5. **OTHER** (Include value where pertinent and method of computing same; show continuity of all).

   _BWC; journal_                            _PSO_

IN THE CIRCUIT COURT FOR PASCO COUNTY, FLORIDA

TERRY BURDETTE TUTEN      2018CF002638CFAXES      **ANSWER TO DEMAND**
                          SECTION 1                  **FOR DISCOVERY**

The State of Florida, through the State Attorney of the Sixth Judicial
Circuit, pursuant to the defendant's Notice of Discovery and Rule 3.220, Fla.
R. Crim. P., submits the following information:

1.     The names and address of all persons known to the prosecutor to have
information which may be relevant to the offense charged, and to any defense
thereto or to any similar fact evidence to be presented at trial, are set
forth in the witness list.

2.     The witness list is not all-inclusive as there may be further names and
address contained in witness statements and police report supplied in this
answer.

3.     The following items as indicated are in the State's possession or
control and are available for your inspection at the State Attorney's Office
upon timely and reasonable notice.  If you desire to copy and/or photograph
same, copies will be provided upon signed receipt.  The name(s) of
confidential informant(s) will not be supplied unless the State intends to
use same as witness(es) at the trial or unless ordered by the court.

|  |  | Yes | No |
|---|---|---|---|
| a. | Statements given by persons listed in paragraph 1 above. | ☑ | ☐ |
| b. | Written, recorded, and/or oral statements of the accused. | ☑ | ☐ |
| c. | Written, recorded, and/or oral statements of co-defendants. | ☐ | ☑ |
| d. | Material or information provided by a confidential informer. | ☐ | ☑ |
| e. | Tangible papers not obtained from or belonging to accused which the State intends to use at hearing or trial. | ☑ | ☐ |
| f. | Tangible papers obtained from or belonging to accused. | ☑ | ☐ |
| g. | Electronic surveillance of premises of accused or of conversations to which accused was party. | ☐ | ☑ |
| h. | Documents relating to search or seizure. | ☐ | ☑ |
| i. | Reports or statements of experts. | ☐ | ☑ |

4.     All tangible objects as provided by Fla. R. Crim. P. 3.220, unless
otherwise indicated below, may be inspected, photographed, or tested during
regular and ordinary business hours at:

        a.  _____PSO_____        b.  _____SAO_____

This document will serve as authorization for the attorney for the
defendant, ROBERT C KNAUF, or designated representative, to conduct discovery
of tangible objects, in this case, with reference to law enforcement case
numbers as follows:

        a.  SE18013831                b.  _____

5.     By this Answer to Demand for Discovery, the State expects the defendant
to submit a corresponding witness list and exhibit list within fifteen days
and comply with all requirements of Fla. R. Crim. P. 3.220.

6.     At this time, the State is aware of the following evidence which falls
within the purview of Fla. R. Crim. P.3.220, if any:

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA IN AND FOR PASCO COUNTY

2018CF002638CFAXES-SECTION 1

STATE OF FLORIDA

v.

TERRY BURDETTE TUTEN

DEMAND FOR NOTICE OF INTENTION TO CLAIM ALIBI

TO: ROBERT C KNAUF, ATTORNEY FOR DEFENDANT

As particularly as is known to me, the place, date and time
of the commission of the crime charged in the above-numbered
Information are as follows:

Between the hours of 12:00 A.M. and 11:59 P.M., on
2/21/2018, in the vicinity of ANGUS VALLEY RD .

This Demand for Notice of Intention to Claim Alibi may be
considered as a Statement of Particulars in the event a Motion
for Statement of Particulars is filed.

Under Rule 3.200, Fla. R. Crim. P., if you intend to offer
evidence of an alibi in your defense, you are hereby required to
serve upon the Office of the State Attorney of and for the Sixth
Judicial Circuit of the State of Florida, not less than ten (10)
days before the trial, or such other time as the Court may
direct, a notice in writing of your intention to claim alibi.
The notice shall contain specific information as to the place at
which you claim to have been at the time of the alleged offense,
and as particularly as is known to you or to your attorney, the
names and addresses of the witnesses by whom you propose to
establish your alibi.  You are under a continuing duty to
disclose promptly to the State Attorney's Office the names and

IN THE CIRCUIT COURT FOR PASCO COUNTY                         PAGE 1

STATE OF FLORIDA         CASE NO.      2018CF002638CFAXES-SECTION 1
         VS

TERRY BURDETTE TUTEN
                    LIST OF WITNESSES    :    ANSWER TO DEMAND FOR DISCOVERY

| Name | Type | Address |
|------|------|---------|
| DOUGLAS MCMILLION | Witness | 6300 TULIP DRIVE<br>WESLEY CHAPEL, FL 33544 |
| DEP GEORGE SOSA | Recurring Witness | PCSO<br>36409 STATE RD 52<br>DADE CITY, FL 33525 |
| MEAGAN MCMILLION | Underage Victim | 6300 TULIP DRIVE<br>WESLEY CHAPEL, FL 33544 |
| DEPUTY RAYMOND O. WILLIAMSON | Primary Officer | PCSO (2855)<br>8700 CITIZENS DRIVE<br>NEW PORT RICHEY, FL 34654 |

I DO HEREBY CERTIFY THAT COPY (COPIES) HEREOF HAVE BEEN FURNISHED TO ATTORNEY FOR DEFENDANT, **ROBERT C KNAUF**, by personal service or U.S. Mail this 19 day of June 2018

ALL WITNESSES ARE                    BERNIE McCABE
CATEGORY 'A' WITNESSES               STATE ATTORNEY
UNLESS OTHERWISE NOTED               SIXTH JUDICIAL CIRCUIT OF FLORIDA
                                     BY   Robert C. Hale
                                     ASSISTANT STATE ATTORNEY

18 JUN 22  PM 3: 12

OFFICE OF THE
PUBLIC DEFENDER
DADE CITY, FLORIDA

2018CF002638CFAXES

addresses of any additional witnesses which may come to your attention subsequent to the filing of your witness list.

If you fail in any particular manner to comply with the provisions of Rule 3.200, a motion will be made to exclude any and all evidence, except your own testimony, offered by you for the purpose of proving an alibi.

I HEREBY CERTIFY that a copy of the above has been furnished to ROBERT C KNAUF, Attorney for the Defendant, at 38053 LIVE OAK AVE DADE CITY, FL 33523-3805, by U.S. Mail or personal service, this 19 day of _____, 2018.

BERNIE McCABE, State Attorney
Sixth Judicial Circuit of Florida

By _____

Assistant State Attorney
Bar No.

2

/ko
File By: ^

# CIRCUIT COURT
## ACKNOWLEDGMENT OF DISCOVERY

I hereby acknowledge that I have received Discovery from the Office of BERNIE McCABE, State Attorney, in the following case:

STATE OF FLORIDA v..          CASE NUMBER
TERRY BURDETTE TUTEN          2018CF002638CFAXES-SECTION 1

Discovery in the above-styled case includes items check below:

FCIC/NCIC     _/_         Waiver of Attorney    ____

Prosecution Cover Sheet    _/_      Defendant's Statement
(including statements
Answer to Demand    _/_       contained in police report)   _/_

Demand Alibi    _/_         Witness Statement(s)    _/_

Witness List    _/_         _____

                                        _____

Report of Experts:                   _____

Medical    _____      Consent to Search

Chemical    _____     Police Report(s)    _/_

Fingerprint    _____    Affidavit    _/_

Check (Front and Back)    ____
                             Body Worn Camera
                             Footage    _/_

Other: _____

        _____

        _____

| Date of Acknowledgment | Attorney for Defendant or Duly Authorized Representative |
|---|---|

**Please sign and return to:**
State Attorney's Office
Post Office Box 5028
Clearwater, Florida 33758

ROBERT C KNAUF, Attorney for Defendant
38053 LIVE OAK AVE DADE CITY, FL 33523-3805

## Rule 3.992(a) Criminal Punishment Code Scoresheet

The Criminal Punishment Code Scoresheet Preparation Manual is available at: *http://www.dc.state.fl.us/pub/sen_cpcm/index.html*

| 1. DATE OF SENTENCE | 2. PREPARER'S NAME: Hale | 3. COUNTY Posco | 4. SENTENCING JUDGE |
|---|---|---|---|

| 5. NAME (LAST, FIRST, M.I.) Tuten, Terry B. | 6. | | 10. PRIMARY OFF. DATE 2/21/18 | 12. PLEA ☐ |
|---|---|---|---|---|
| | 7. R47127 | 9. GENDER ☒ M ☐ F | 11. PRIMARY DOCKET # 18CF2638 | TRIAL ☐ |

**I. PRIMARY OFFENSE** If Qualifier, please check____ A___ S___ C ___ R (A=Attempt, S=Solicitation, C=Conspiracy, R=Reclassification)

| FELONY DEGREE | F.S.# | DESCRIPTION | OFFENSE LEVEL | POINTS |
|---|---|---|---|---|
| FI-PBL | 787.06 | Human Trafficking | 9 | |

(Level - Points: 1=4, 2=10, 3=16, 4=22, 5=28, 6=36, 7=56, 8=74, 9=92, 10=116)

Prior capital felony triples Primary Offense points ☐

I. **92**

**II. ADDITIONAL OFFENSE(S):** Supplemental page attached ☐

| DOCKET# | FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | COUNTS | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| C+2 | F2 | 794.05 | 6 | ☐☐☐☐ | 1 | x 18 = | 18 |

DESCRIPTION Unlawful Sexual Activity w/ Minor

| DESCRIPTION | / | / | | ☐☐☐☐ | | x | |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | / | / | | ☐☐☐☐ | | x | |
|---|---|---|---|---|---|---|---|

| DESCRIPTION | / | / | | ☐☐☐☐ | | x | |
|---|---|---|---|---|---|---|---|

(Level - Points: M=0.2, 1=0.7, 2=1.2, 3=2.4, 4=3.6, 5=5.4, 6=18, 7=28, 8=37, 9=46, 10=58)

Prior capital felony triples Additional Offense points ☐

Supplemental page points

II. **18**

**III. VICTIM INJURY:**

| | Number | Total | | | Number | Total |
|---|---|---|---|---|---|---|
| 2nd Degree Murder 240 x | | = | Slight 4 x | | = | |
| Death 120 x | | = | Sex Penetration 80 x | | = | |
| Severe 40 x | | = | Sex Contact 40 x | 1 | = | 40 |
| Moderate 18 x | | = | | | | |

III. **40**

**IV. PRIOR RECORD:** Supplemental page attached ☐

| FEL/MM DEGREE | F.S.# | OFFENSE LEVEL | QUALIFY A S C R | DESCRIPTION | NUMBER | POINTS | TOTAL |
|---|---|---|---|---|---|---|---|
| F3 | 812.014 | 2 | ☐☐☐☐ | GT | 1 | x 0.8 | 0.8 |
| F3 | 810.02 | 4 | ☐☐☐☐ | Burglary | 2 | x 2.4 | 4.8 |
| F2 | 810.02 | 7 | ☐☐☐☐ | Burglary Dwelling | 1 | x 14 | 14 |
| F3 | 322.34 | 1 | ☐☐☐☐ | DWLSR (HTO) | 3 | x 0.5 | 1.5 |
| F2 | 316.1935 | 4 | ☐☐☐☐ | Fleeing | 1 | x 2.4 | 2.4 |
| F3 | 812.014 | 4 | ☐☐☐☐ | GTMV | 1 | x 2.4 | 2.4 |
| F3 | 817.61 | 2 | ☐☐☐☐ | Fraud Use CC | 1 | x 0.8 | 0.8 |
| F3 | 810.06 | 4 | ☐☐☐☐ | Poss Burg Tools | 1 | x 2.4 | 2.4 |
| MM | Various | MM | ☐☐☐☐ | Battery: PTDS; DWLSR | 7 | x 0.2 | 1.4 |

(Level = Points: M=0.2, 1=0.5, 2=0.8, 3=1.6, 4=2.4, 5=3.6, 6=9, 7=14, 8=19, 9=23, 10=29)

Rowav x2

Supplemental page points

IV. **30.5**

Page 1 Subtotal: **140.5**

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998 and subsequent revisions.

| NAME (LAST, FIRST, MI) | DOCKET # |
|---|---|
| Tutu, Terry B. | 18 CF 2638 |
| | 140.5 |
| | Page 1 Subtotal:: |

V.   Legal Status violation = 4 Points
☐ Escape ☐ Fleeing ☐ Failure to appear ☐ Supersedeas bond ☐ Incarceration ☐ Pretrial intervention or diversion program   V. _____
☐ Court imposed or post prison release community supervision resulting in a conviction

VI.   Community Sanction violation before the court for sentencing   VI. _____
☐ Probation ☐ Community Control ☐ Pretrial Intervention or diversion

☐    6 points for any violation other than new felony conviction x _____ each successive violation  OR

☐    New felony conviction = 12 points x _____ each successive violation if new offense results in conviction
     before or at same time as sentence for violation of probation OR

☐    12 points x _____ each successive violation for a violent felony offender,
     of special concern when the violation is not based solely on failure to pay costs, fines, or restitution OR

☐    New felony conviction = 24 points x _____ each successive violation for a violent felony offender of
     special concern if new offense results in a conviction before or at the same time for violation of probation

VII.   Firearm/Semi-Automatic or Machine Gun = 18 or 25 Points   VII. _____

VIII.   Prior Serious Felony - 30 Points   VIII. _____

Subtotal Sentence Points _____

IX.   Enhancements (only if the primary offense qualifies for enhancement)

| Law Enf. Protect. | Drug Trafficker | Motor Vehicle Theft | Criminal Gang Offense | Domestic Violence in the Presence of Related Child (offenses committed on or after 3/12/07) | Adult-on-Minor Sex Offense (offenses committed on or after 10/1/14) |
|---|---|---|---|---|---|
| __ x 1.5 __ x 2.0 __ x 2.5 | __ x 1.5 | __ x 1.5 | __ x 1.5 | __ x 1.5 | __ x 2.0 |

Enhanced Subtotal Sentence Points   IX. _____

**TOTAL SENTENCE POINTS:** 140.5

## SENTENCE COMPUTATION

If total sentence points are less than or equal to 44, the lowest permissible sentence is any non-state prison sanction. If the total sentence points are 22 points or less, see Section 775.082(10), Florida Statutes, to determine if the court must sentence the offender to a non-state prison sanction.

If total sentence points are greater than 44:
140.5    minus 28 = 112.5    x .75 = 84.375 (~7.03125 yrs)
total sentence points                      lowest permissible prison sentence in months

If total sentence points are 60 points or less and court makes findings pursuant to both Florida Statute 948.20 and 397.334(3), the court may place the defendant into a treatment-based drug court program.

The maximum sentence is up to the statutory maximum for the primary and any additional offenses as provided in s. 775.082, F.S., unless the lowest permissible sentence under the Code exceeds the statutory maximum. Such sentences may be imposed concurrently or consecutively. If total sentence points are greater than or equal to 363, a life sentence may be imposed.    Life

maximum sentence in years

### TOTAL SENTENCE IMPOSED

| | | Years | Months | Days |
|---|---|---|---|---|
| ☐ State Prison | ☐ Life | _____ | _____ | _____ |
| ☐ County Jail | ☐ Time Served | _____ | _____ | _____ |
| ☐ Community Control | | _____ | _____ | _____ |
| ☐ Probation  ☐ Modified | | _____ | _____ | _____ |

Please check if sentenced as ☐ habitual offender, ☐ habitual violent offender, ☐ violent career criminal, ☐ prison releasee reoffender,
or a ☐ mandatory minimum applies.

☐ Mitigated Departure  ☐ Plea Bargain  ☐ Prison Diversion Program

Other Reason _____

| JUDGE'S SIGNATURE | |
|---|---|

Effective Date: For offenses committed under the Criminal Punishment Code effective for offenses committed on or after October 1, 1998, and subsequent revisions.

## INCIDENT/INVESTIGATION REPORT

| | | |
|---|---|---|
| **Agency Name** *Pasco Sheriff's Office* | | **Case#** *18-013831* |
| **ORI** *FL0510000* | | **Date / Time Reported** *04/06/2018 01:33   Fri* |

**INCIDENT DATA**

**Location of Incident** *6300 Tulip Dr, Wesley Chapel FL 33544-*  
**Last Known Secure** *01/14/2018 00:00   Sun*  
**Premise Type** *Other Residence-single*  **Zone/Tract** Y3  **At Found** *04/06/2018 01:33   Fri*

**#1 Crime Incident(s)** *Information For Deputy* (Com) **99127**  
**Weapon / Tools** *NOT APPLICABLE*  
Entry | Exit | Security | Activity

**#2 Crime Incident** ( )  
**Weapon / Tools**  
Entry | Exit | Security | Activity

**#3 Crime Incident** ( )  
**Weapon / Tools**  
Entry | Exit | Security | Activity

**MO**

**VICTIM**

**# of Victims** 0   **Type:**

**V1** **Victim/Business Name (Last, First, Middle)**   Injury:  **Domestic:** N  
**Victim of Crime #** | **DOB** | **Age** | **Race** | **Sex** | **Relationship To Offender** | **Resident Status** | **Military Branch/Status**  
**Home Address**  
**Employer Name/Address**   **Home Phone**  
**Business Phone**   **Mobile Phone**  
**VYR** | **Make** | **Model** | **Style** | **Color** | **Lic/Lis** | **VIN**

**OTHERS INVOLVED**

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT

**Code** IO  **Name (Last, First, Middle)** *MCMILLION, MEAGAN NICOLE*   UAV   Injury:  
**Victim of Crime #** 1  | 0 | **Race** W | **Sex** F | **Relationship To Offender** | **Resident Status** Resident | **Military Branch/Status**  
**Home Address** *6300 Tulip Dr  Wesley Chapel, FL 33544*   **Home Phone**  
**Employer Name/Address** *Cypress Creek Middle/high Sch (STUDENT)*   **Business Phone**   **Mobile Phone** *813-428-5289* / *813-863-2472*

**Type:** INDIVIDUAL/ NOT LAW ENFORCEMENT

**Code** RP  **Name (Last, First, Middle)** *MCMILLION, DOUGLAS LEE*   WIP   Injury:  
**Victim of Crime #** | **Age** 51 | **Race** W | **Sex** M | **Relationship To Offender** | **Resident Status** Resident | **Military Branch/Status**  
**Home Address** *6300 Tulip Dr  Wesley Chapel, FL 33544*   **Home Phone** *813-591-6543*  
**Employer Name/Address** *Rp Electrical (ELECTRICIAN)*   **Business Phone** *813-325-8638*   **Mobile Phone** *813-406-3350*

**PROPERTY**

L = Lost   S = Stolen   R = Recovered   D = Damaged   Z = Seized   B = Burned   C = Counterfeit / Forged   F = Found ("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| 99 | 6 | | $0.00 | | 17 | 17 PAGES OF HAND WRITTEN JOURNAL ENTRIES | | |

**Officer/ID#** *Sosa, George A   (PAT2, SQ17) (4154)*   WIR  
**Invest ID#** *Williamson, Raymond O   (CID, MAJ2) (2855)*   ARO  
**Supervisor** *Macomber, Kevin H   (PAT2, SQ17)*

**Status**  **Complainant Signature**   **Case Status** *Pending/active*   *04/06/2018*   **Case Disposition:**



## Incident Report Additional Name List

*Pasco Sheriff's Office*

OCA: *18-013831*

**Additional Name List**

| | Name Code/# | | Name (Last, First, Middle) | Victim of Crime # | DOB | | Age | Race | Sex |
|---|---|---|---|---|---|---|---|---|---|
| 1) | *IO* | *2* | *OGLES, TINA* | | | | *47* | *W* | *F* |
| | Address | | *6300 Tulip Dr , Wesley Chapel, FL 33544-* | | H:*813-591-6543* | | | | |
| | Empl/Addr | | *Unemployed* | | B: *- -* | | | | |
| | | | | | Mobile #: *- -* | | | | |
| 2) | *IO* | *3* | *TUTEN, TERRY BURDETTE* | | | *)* | | *W* | *M* |
| | Address | | *26312 Chianina Dr , Wesley Chapel, FL 33544-* | | H:*813-455-6864* | | | | |
| | Empl/Addr | | *Unemployed* | | B: *- -* | | | | |
| | | | | | Mobile #:*813-506-1499* | | | | |
| 3) | *IO* | *4* | *MORRIS, CHRISTOPHER* | | | | *5* | *W* | *M* |
| | Address | | *6301 Tulip Dr , Wesley Chapel, FL 33544-* | | H:*727-534-5247* | | | | |
| | Empl/Addr | | *River Ridge Hs* | | B: *- -* | | | | |
| | | | | | Mobile #: *- -* | | | | |

**ROBERT C KNAUF**
Assistant Public Defender
(352) 521-4388



Robert D Sumner Judicial Center
38053 Live Oak Avenue
Dade City, FL 33523-3894
June 25, 2018

## BOB DILLINGER
## PUBLIC DEFENDER
### SIXTH JUDICIAL CIRCUIT OF FLORIDA
www.wearethehope.org

TERRY BURDETTE TUTEN
LOL DETENTION CENTER

RE:   2018CF002638CFAXES SECTION 1

Dear Mr Tuten:

Enclosed please find a copy of "discovery" as provided to me by the State Attorney's Office. Please understand that it is in your best interest to keep this information **CONFIDENTIAL** and discuss the contents with **ONLY** me or a member of my staff.  Your communications with anyone else are **not** protected.  **Any** statements **to others** can be **used against you** and they can be forced to testify against you.  <u>Do not discuss your case with anyone and do not allow others to read your "discovery."</u>

Sincerely,

ROBERT C KNAUF
Assistant Public Defender

RCK/JF

Encl.

<u>**ATTORNEY/CLIENT PRIVILEGE APPLIES**</u>

# PASCO COUNTY COMPLAINT AFFIDAVIT

☒ PSO FLO 510000   ☐ PD FLO 510200   ☐ PR PD FLO 510400
☐ DC PD FLO 510100   ☐ Z... LO 510300   ☐ FHP FLO 279000

| OBTS NUMBER | | FELONY MISD. | CO. ORD. CIVIL INF. | SHIFT | SECTOR Y3 | SEC. | TWP. | RNG. | AGENCY REPORT NUMBER 18-013831 |
|---|---|---|---|---|---|---|---|---|---|

**ARREST** ☒ CHECK ALL THAT APPLY ☒ 1. FELONY ☐ 3. MISD. ☐ 5. ORDINANCE ☐ 7. V.O.P. ☐ 2. TRAFFIC FELONY ☐ 4. MISD. TRAFFIC ☐ 6. OTHER ☐ 8. PROBABLE CAUSE    ☒ ADULT ☐ JUVENILE    AGENCY ARREST NUMBER

**NOTICE TO APPEAR** ☐ CHECK ALL THAT APPLY ☐ MANDATORY APPEARANCE ☐ JUVENILE   REQUEST FOR ☐ CHECK ONLY ONE ☐ CAPIAS ☐ SUMMONS   REVIEWED BY ASSISTANT STATE ATTORNEY
☐ NON-MANDATORY APPEARANCE   ☐ NON / ARREST REF.   ☐ WARRANT ☐ JUV. PICK-UP                                    DATE

LOCATION OF ARREST (INCLUDE NAME OF BUSINESS)
**20101 CENTRAL BLVD**

LOCATION OF OFFENSE (BUSINESS NAME, ADDRESS)
**6225 ANGUS VALLEY DR, WESLEY CHAPEL, FL**

| DATE OF ARREST 05/01/2018 | TIME OF ARREST 14:24 | BOOKING DATE | BOOKING TIME | JAIL DATE | JAIL TIME | WEAPON SEIZED ☐ YES ☒ NO | WEAPON TYPE NOT APPLICABLE | F.P.S.S. Notified ☐ Y ☒ N ☐ Juv. ☐ Elderly ☐ Handicap |
|---|---|---|---|---|---|---|---|---|

| JAIL NUMBER | SPN NUMBER | FDLE NUMBER | DOC NUMBER | FBI NUMBER 606428RB3 | Domestic Related ☐ Y ☒ N |
|---|---|---|---|---|---|

NAME (LAST, FIRST, MIDDLE)                                    ALIAS
**TUTEN, TERRY BURDETTE**    TUTEN, BOBBY BURDETTE | TUTEN, TERRY    Convicted Sexual Predator / Offender ☐ Y ☒ N

| RACE W - WHITE B - BLACK | H - HISPANIC A - AMERICAN INDIAN O - ORIENTAL / ASIAN | CODE W | SEX M | C | AGE 30 | HEIGHT 6'00" | WEIGHT 189 | EYE COLOR BROWN | HAIR COLOR BROWN | COMPLEXION MED | BUILD MEDIU |
|---|---|---|---|---|---|---|---|---|---|---|---|

SCARS, MARKS, TATTOOS, ETC.
**TATT BACK / HUSTLER; TATT RIGH CALF / STRUGGLE; TATT RIGH CALF / CBD; TATT RIGH ARM / TUTEN;**    INDICATION OF ALCOHOL INFLUENCE DRUG INFLUENCE

| PHYSICAL ADDRESS (STREET & APT #) 26312 CHIANINA DR, WESLEY CHAPEL, FL 33544 | (CITY) | (STATE) | ZIP | PHONE (813) 455-6864 | RESIDENCE STATUS 1. CITY 3. FLORIDA 2. COUNTY 4. OUT OF STATE |
|---|---|---|---|---|---|

| MAILING ADDRESS (STREET & APT #) | (CITY) | (STATE) | ZIP | PHONE | ADDRESS SOURCE DEFENDANT |
|---|---|---|---|---|---|

BUSINESS ADDRESS (NAME & STREET)    (CITY)    (STATE)    ZIP    PHONE    OCCUPATION
**UNEMPLOYED**

| DRIVER'S LICENSE STATE / NUMBER FL T350802873110 | SOCIAL SECURITY NUMBER 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 | INS NUMBER | PLACE OF BIRTH TAMPA, FL, US | CITIZENSHIP US |
|---|---|---|---|---|

## CO-DEF

| CO-DEFENDANT NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DATE OF BIRTH | AGE | 1. ARRESTED 2. AT LARGE | 3. FELONY 4. MISDEMEANOR 5. JUVENILE | CODE |
|---|---|---|---|---|---|---|---|
| CO-DEFENDANT NAME (LAST, FIRST, MIDDLE) | RACE | SEX | DATE OF BIRTH | AGE | 1. ARRESTED 2. AT LARGE | 3. FELONY 4. MISDEMEANOR 5. JUVENILE | CODE |

## JUVENILE

☐ PARENT ☐ OTHER   NAME OF PARENT OR CUSTODIAN (LAST, FIRST, MIDDLE)

☐ LEGAL CUSTODIAN    RESIDENTIAL PHONE

ADDRESS (STREET, APT NUMBER)    BUSINESS PHONE

| NOTIFIED BY (NAME) | DATE | TIME | JUVENILE DISPOSITION 1. HANDLED / PROCESSED WITHIN DEPT. AND RELEASED | 2. TURNED OVER TO HRS / CYF 3. INCARCERATED (COUNTY JAIL) | CODE |
|---|---|---|---|---|---|
| RELEASED TO (NAME) | RELATIONSHIP | | | DATE | TIME |

## CHARGE

CHARGE DESCRIPTION
**UNLAWFUL SEXUAL ACTIVITY; 24+ ADULT WITH VICTIM**   ☒ F.S. ☐ CIVIL INF. ☐ ORD.   STATUTE VIOLATION NUMBER **794.05.1**   NCIC # **1199**   COURT CASE #

| ACTIVITY N. N/A P. POSSESS | S. SELL B. BUY T. TRAFFIC | R. SMUGGLE D. DELIVER E. USE | K. DISPENSE/ DISTRIBUTE | M. MANUFACTURE PRODUCE/ CULTIVATE | Z. OTHER | CODE N | AMOUNT | TYPE N. N/A A. AMPHETAMINE | B. BARBITURATE C. COCAINE E. HEROIN | H. HALLUCINOGEN M. MARIJUANA O. OPIUM / DERIV | P. PARAPHERNALIA / EQUIPMENT S. SYNTHETIC | U. UNKNOWN Z. OTHER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CHARGE DESCRIPTION
**HUMAN TRAFFICKING ENGAGE LABOR/SERVICES UNDER**   ☐ F.S. ☐ CIVIL INF. ☐ ORD.   STATUTE VIOLATION NUMBER **787.06.3A1**   NCIC # **1099**   COURT CASE #

| ACTIVITY N. N/A P. POSSESS | S. SELL B. BUY T. TRAFFIC | R. SMUGGLE D. DELIVER E. USE | K. DISPENSE/ DISTRIBUTE | M. MANUFACTURE PRODUCE/ CULTIVATE | Z. OTHER | CODE N | AMOUNT | TYPE N. N/A A. AMPHETAMINE | B. BARBITURATE C. COCAINE E. HEROIN | H. HALLUCINOGEN M. MARIJUANA O. OPIUM / DERIV | P. PARAPHERNALIA / EQUIPMENT S. SYNTHETIC | U. UNKNOWN Z. OTHER | CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

## COST RECOVERY

**REQUEST FOR INVESTIGATIVE COSTS RECOVERY FSS 938.27(1)**

CJIS # **2855**

# of Investigative hrs. **4** x **26.00** = **104.00**

THE UNDERSIGNED CERTIFIED AND SWEARS THAT HE / SHE HAS JUST AND REASONABLE GROUNDS TO BELIEVE AND DOES BELIEVE THAT THE ABOVE-NAMED DEFENDANT COMMITTED THE FOLLOWING VIOLATION OF LAW:

ON THE **1** DAY OF **May** , 20 **18** AT **12:00** ☒ A.M. ☐ P.M.

## PROBABLE CAUSE STATEMENT

**(SPECIFICALLY INCLUDE FACTS CONSTITUTING CAUSE FOR ARREST.)**

I interviewed a seventeen year old female victim who reported she performed oral sex on a thirty year old defendant. The defendant is personally known to her. The victim reported that before that incident she began using methamphetamine after it was provided to her by the defendant. The victim advised over a period of time she received the methamphetamines from the defendant several times and she became addicted. The victim further advised that on 02/28/2018, the defendant requested and received oral sex in exchange for methamphetamine.

During a post Miranda interview, the defendant admitted that he provides methamphetamine to
                                                              * * * Continued * * *

## NOTICE

I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED WHEN I AM NOTIFIED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED ONCE I AM NOTIFIED, THAT I MAY BE HELD IN CONTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED. IF CITED FOR A CIVIL INFRACTION, I AGREE TO APPEAR BEFORE THE COUNTY COURT OR COMPLY WITH THE REQUIREMENTS FOR PAYING THE FINE AND MEETING ANY OTHER SPECIFIED CONDITIONS AS INDICATED ON THE BACK SIDE OF THIS AFFIDAVIT.

P.C. EXISTS FOR CHARGE(S)    JUDGE'S SIGNATURE    DATE

SIGNATURE OF DEFENDANT / JUVENILE AND PARENT OR CUSTODIAN    DATE

## ADMINISTRATIVE

☐ MIRANDA WARNING   HOLD FOR OTHER AGENCY   VERIFIED BY    RIGHT THUMB    DATE   VICTIM NOTIFIED ☐ YES ☐ NO   BOND CHARGE #   BOND CHARGE #
NAME:

**ADULT ONLY** ☐ HOLD FOR FIRST APPEARANCE ☐ DO NOT BOND OUT - REASON:    BOND TYPE 1. ROR 2. CASH   3. SURETY 4. BAIL / BONDSMAN   5. CERT. 6. OTHER   TYPE   TYPE

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.   RETURNABLE COURT DATE    RETURNABLE COURT TIME ☐ A.M. ☐ P.M.

X _____    RELEASE DATE    RELEASE TIME ☐ A.M. ☐ P.M.

NAME (PRINTED)    CJIS #    RELEASING OFFICER

PSO 3072E (Rev. 10/11)

| | PAGE 1 | OF | PAGE 2 |
|---|---|---|---|

**CLERK OF COURT**



Pasco Sheriff's Office            COMPLAINT AFFIDAVIT CONTINUATION SHEET

| DEFENDANT | | | | | | | | | | | PAGE __2__ OF __2__ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

**TUTEN, TERRY BURDETTE**

AGENCY REPORT NO. **18-013831**

| CHARGE DESCRIPTION | | F.S. ☐ CIVIL ☐ | STATUTE VIOLATION NUMBER | NCIC # | COURT CASE # |
| --- | --- | --- | --- | --- | --- |
| | | ORD. ☐ INF. ☐ | | | |

| ACTIVITY N. N/A P. POSSESS | S. SELL B. BUY T. TRAFFIC | R. SMUGGLE D. DELIVER E. USE | K. DISPENSE/ DISTRIBUTE | M. MANUFACTURE Z. OTHER PRODUCE / CULTIVATE | CODE | AMOUNT | TYPE N. N/A A. AMPHETAMINE | B. BARBITURATE C. COCAINE E. HEROIN | H. HALLUCINOGEN M. MARIJUANA O. OPIUM / DERIV | P. PARAPHERNALIA / EQUIPMENT S. SYNTHETIC | U. UNKNOWN Z. OTHER | CODE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| CHARGE DESCRIPTION | | F.S. ☐ CIVIL ☐ | STATUTE VIOLATION NUMBER | NCIC # | COURT CASE # |
| --- | --- | --- | --- | --- | --- |
| | | ORD. ☐ INF. ☐ | | | |

| ACTIVITY N. N/A P. POSSESS | S. SELL B. BUY T. TRAFFIC | R. SMUGGLE D. DELIVER E. USE | K. DISPENSE/ DISTRIBUTE | M. MANUFACTURE Z. OTHER PRODUCE / CULTIVATE | CODE | AMOUNT | TYPE N. N/A A. AMPHETAMINE | B. BARBITURATE C. COCAINE E. HEROIN | H. HALLUCINOGEN M. MARIJUANA O. OPIUM / DERIV | P. PARAPHERNALIA / EQUIPMENT S. SYNTHETIC | U. UNKNOWN Z. OTHER | CODE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

the seventeen year old victim several times. The defendant further admitted that the victim became addicted to the methamphetamine and he requested and received oral sex from her in exchange for the methamphetamine. The defendant further advised he was aware the victim did not wish to perform oral sex and performed the act for the methamphetamine she was addicted to.

The defendant provided methamphetamine, a schedule one controlled substance, to the seventeen year old female victim. The defendant exploited the female juvenile by requesting and receiving oral sex from the female juvenile once she became addicted to the methamphetamine. This meets the statutory requirements for human trafficking. The defendant was arrested for the listed offenses.

* * * End * * *

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, TO THE BEST OF MY KNOWLEDGE AND BELIEF.

X _____

_____                    _____
NAME (PRINTED)                         CJIS #

PSO 3-0035E (Rev. 10/11)            **CLERK OF COURT**

Journal entry #9                                    1/15/18

Today I went to cassidys and
I spent the entire day with cass,
curt, CJ, And booboo. It is Ashleys
birthday! Happy birthday Ash! We
love and miss you lots! R.I.P. ♡
CJ was really upset today. He really
didn't want to talk to Anyone.
I was suppost to go to Em's
house today but curt missed the
exit. Chris lives by ems & CJ
knows that. He thought I was
going to go there but I wasn't.
Later on during the day we took
curt, CJ, lil Rich to a job &
me and CJ had to lap up. He was
gripping my thigh & holding me so
he wasn't as mad. After the job
& shit was done, me, CJ, boo, cass,
curt & grace went to wing house.
As we were going through wing house
CJ goes "your finer than all the
girls in here" And pays for my
food. We got back late so I stayed
the night at cassidys. When
We got back booboo went to sleep
And so did me & CJ. The two of
us slept in gracelyns room and
let me tell ya, it was cold ASf.
CJ sure kept me warm! lol.. (continue) →

Journal entry  #8                                    1/14/18

Todays Sarina's birthday!!! Yayyy happy 16th kiddd! lol. Alot happened today and I have to write it down. so I: CJ wants to date me and he wants to buy me a phone...oh and we had sex. oml. shits crazy man. He was just telling me he wanted to hit and then saying he liked me. Then he started putting his hands on me then it was over after that. his very attractive and cool. his just... going to be trouble I'll tell you that. and then I kind of broke up with chris but it should be official tomorrow.

GOD PRAY

P.S. idk what I want to do yet. I have to think about alot.

FOR MY

ASS!! happy b-day

Journal entry #10                                  1/16/18

This morning I woke up next to CJ on the floor in Gracelyn's room. he had to get up for work so he got dressed and then came and laid with me for a little. He told me how happy he was to have me and he wants to be like Cassidy & Curt and save up money in order to get a car and place. He kissed my forehead and told me he loved me! After he left I went to sleep in Cassidys room and didn't see him until about 1:00 they brought me & Cassidy Chick-Fil-A then left to go back to work. They came back at like 8:00 pm. me, Cassidy and Sarina built a fire while we were waiting for them to get back. When he got there I really didn't talk to him. then he had a few beers and told Richy I'm his girl then befor I had to leave he came and talked to me.

ugh.. uuggh uugh
getting #102

CJ and me cuddled and he was telling me how he wants to be with me and how he wants to do better and some up to get things. I really feel like if he lets me, I can change him. help him get on his shit.

Journal entry #11                    1/17/18

This morning I was going to go to cassidys to see CJ because they didnt work today but Tina and my dad stayed home being is the van broke down. later on in the Afternoon cassidy took dad & Tina to go pick up A venicle And me and sarina went to cassidys house to see Grace & everyone else. Today I told CJ sarina Knows About me and him. he was okay with it I guess. Idk... I seen him again later on that day And he was happy ASl to see me!! we kissed & he did some dumb gestures! HaHa. OMG I really have Alot on my plate. And @ with CJ being 25 years old I have to worry About who this All gets Around to.

1/28/18

Journal entry # ~~XXXXXX~~

SOOO... I havent wrote in about a week. Theres just been so much going on and really Ive been lacking. Smh... So recently Ive been FW CJ and not chris & I like CJ, but hes fucking up already. When he got out and wanted to FWM ~~XX~~ and he was saying how hes changed & how he dont do no crazy shit nomore. lately, I cant tell. I mean... Atleast keep your shit lowkey & OMG!! be truthful. He told me ~~XXX~~ a few days ago that he only did pills → and snorted them, only to find out now, hes on ~~XXX~~ heroin, pills and god knows what else. Idk the shit just scares me because I want to keep him out of trouble and away from all that shit. but hes CJ, hes going to do what he wants. So Ima just keep my distance and do me, and then we will find out what hes about. How he acts the next few days will tell all.

1/30/18

Today was gasey!! I had so much fun it was so lit!! Me and April we went togetheir! when we got there we had a foreloco and some shots of smirnoff vodka and an "orange drank" lol.. then we were going to go to a frat party but we ended up going to a bar instead. but first we linked up w/ these 2 boys and went to their house. yo when I tell you, they had so much alcohol there. over 50 bottles at least. so we were smacked. We left their house in an uber and went to a bar with Aprils friend Jenny. We got at the bar and Jenny pulled me in. Imediatly after I sat down a guy asked me what I wanted to drink. "Rum and coke" hahaa!! he kept buying us drinks after drinks and then food! I dont really remember alot about dinner but I remember us getting into an uber and getting into a wreck. After that we went to Aprils het and went to bed.

Get lit!! ♡

2/2/18

This morning CJ woke me up by rapping in the livingroom about me and then, says "meagan I'm about to go to work, give me a hug." So I did. This entire time me & CJ didn't know shes home. Tina probably heard everything. Smh. God I pray not.

update: She didn't say anything to me so im guessing she didn't hear anything.

(continued)                              2/9/18

Times IF I was okay and
I was, Just A little hot. I took
off my jacket. As were waiting
on this girl were vibing, hitting
the pipe & each hit gets smoother
& calmer. I didn't feel hot anymore.
We were listening to music and
Just having a good time. later
the girl shows up w/ more Ice
and ██████ some weed. instantly
Im happy that someone has
something other than meth &
I actually smoke weed. I rolled
up for her & passed the joint
around. after the joint she
pulls out the Ice. she didn't know
that was my first day smoking
it and she was trying to keep
me from doing it...but me being
stubborn I did it again
anyways. we were all getting high
and terri was getting his tattoo
shit ready. he told me he would do
mine free of charge and I'm
very excited. ████████ A little
after 4:00 am  I leave from ⟶
the bando & ████ Jackie & the
other guy. walked me home to
sneak back inside my house!

2/9/18

Dear Journal,

Today I tried Ice. (crystal meth) I snuck out with A friend of mine named Jackie & her "brother" Terri & this other guy but Idk his name. Terri does tatoos And he was having A client come to the traphouse // bando (where we were) to do her tatoo. When we get there Jackie pulls out A pipe And puts ice in it. She starts hitting it & passing it on. At first I was like Fuck that shit. Hell NO. HELL NOOO. but after everyone hit it... I wanted to try it. Now mind you, I dont want to do Ice period. I just wanted to try it. so I asked to hit it. They said I shouldnt that they dont want to pressure me. But I wanted to try it. I hit it And the taste was so different but I liked it. After I hit it. my body got really tingly And I was wearing A jacket so I was getting really hot And felt like I was sweating. They asked me A few →

2/28/18

Once again, I havent wrote in
a while... so let me catch you up.
so since the last time I wrote lots
happened. I went to church for the
first time ever! I loved it. Never did
I ever want to go to church, but I
felt as if it would be a good life
change. Also, I've had my phone taken
for about a week and a half now.
I snuck out to go get CJ a pill &
smoke some work & it backfired. turns
out the pills terry gave me were NOT
what I needed them to be. And when
I returned home, things got bad. long
story short CJ told on me for sneaking
out & being on meth. Tina took my
phone & went through it & you know
how that goes. Now it will take me a
while to fully trust CJ. Also I have a
drug test in 2 days & court in 6 days.
my life is a mess but im putting it
together piece by piece. slowly but
surly.
        wish me luck ☺

2/21/18

So its been about 11+ days since
I last wrote. so much has happend.
Tonight though, tonight was
crazy, hurtful, and I seen true
feelings. So all day today CJ
has been dope sick. I felt bad so
I wanted to get him a pill.
I hit up the only 2 other people
I know who knows where to
get Dilaudas at. Terry hml
back saying he can get them.
long story short I was broke so
I gave him head for drugs.
he was supposed to give me 1 D
for head. I snuck out @ 10:30
And told CJ exactly where I was
going. he wasn't mad I left.
so I get to Terry & we smoke &
hes telling me hes going to give
me 2 $ 1 gram of Ice. All he slid
thru with was Ice & baby asprine.
CJ was pissed. me & him were
arguing & he grabbed me by
my throat & took my phone.
smh...

3/1/18

SO Tomorrow I have a drug test to take Before I go to court on monday — 3 days away. Im not on Probation so. what ever shows up in my system wont get me locked up but can Influence the Judges decision. Just about 6 days ago I smoked weed & Today I did Ice. I know... Fucking stupid right... But theres this thing called sure-gel & if you drink it & water it should give you a clean urine test. (or at least thats what I was told.) Its 4$ at winndixie so Im going to get some Before my test tomorrow. fingers crossed meth doesn't show up on my test. Also Im going to Pray that my day at court doesn't go badly & hopefully I get my phone back the same day. These next few days are going to be terrifying but I will get through it hopefully the Judge goes easy & doesn't strike me with house arrest or jail time. If Anything a curfew & Probation along with community service.

Wish me luck &
Pray 4 me!
♡

3/6/18

My mind is Absolutley over-whelmed. I have so much on my plate And so little time to eat. So much has been going on And I need to 1: make my mind up. And 2: make the right desicion. So court yesterday recomended probation, cerfew, community service, court cost, drug screens and more. On top of that, me And tina got into it bad & I doubt things will get better. AND... ~~on~~ on top of All that CJ has moved out & has been staying At Jerrys. CJ wants me to run Away with him to St. Augustine. And im not saying when im 18... he wants me to do it NOW... within the next few days. I know in my mind its A bad idea. I know I shouldnt do it. but when I think with my heart, I want to go. I want to leave this place & build a new life with the man I love. But I know if I go, Any-thing can happen. None the less how bad this would hurt my dad And my sister. what happens if me & him break up for good? then I ruined my family & future for NO Reason. IF he wants this he better be serious & prove it to me. ⊙     love, meagan.

3/7/18

Okay okay, so these past few days really have been hectic. Me and Tina got into a bad argument b/c she wouldn't give me my phone back and I was drinking while arguing with her and she called me a "Craigslist Whore." Man, as soon as she said that... I bolted down the hallway and ran up on her. After that me, dad, Sarina left & later on when we got back, she yelled out, "And Meagan fucked CJ, you might want to get her checked." Oull, when I tell you, I went OFF I cussed her out & told her I hate her & other shit. ALSO CJ has moved out officially today. I haven't seen him in 2 days & I miss my mommas boy ♡ ☺ Our St. Augustine plans, im putting off until after I get off probation. That way I wont completly fuck up my future w/ a big decision like this. However I know hes a little upset or annoyed that I want to wait. I think Its a better Idea. Another thing, —→ lately Ice creams been around & I just dont want to get caught

3/7/18

up in all the b/s and people.
I also know I have an opportunity
to make money now being is I
have some clientele. But what-ever
I do, my shit needs to be lowkey &
NOBODY NOT EVEN CASS can know
about it. last thing I need is
judgment & loss of ppl I care about.
Yo, when I moved here, I peeped shit
going on at certain houses & always
wanted to know the scoop...how I know
all of this neighborhood aint no
joke. I know the plugs, snitches,
wack hoes & scary niggas. But
most of all, I know whos got me
& who dont. Thats all that matters.
other than that, no steps ahead
24/7. Speaking of 24/7, I've been
up for 2 fucking days. Its currently
10 till 12:00am. I need to slow
my role & keep a steady mindset.

AND ~~█████~~ WATCH
MY BACK.

hoes be trickin & slippin but
not me! I'll rock a bih!

─ Meagan

3/11/18

dear Journal,

Yesterday & today have been
A mix between completly amazing
and extremely bad. So CJ has
been out of town, well the area.
but he came back to see me yesterday.
he came around at 7:00 pm to see
me. him and his friend sean
picked me up in a truck & we
went to the store he had some things
to do so they dropped me off and
he came back later. around like
10 CJ told me he rented melvins
R.V. for the night. I was so happy.
around 12-1 o'clock I snuck out to
go see him. As I was sneaking out
guess who snuck up on me ● and
surised me!! lol.. he was 10 steps ahead
this time. We walked to the camper and
had to climb through the window.
we got in and did air thing. candles
were lit, clothes on the floor & my
daddy in my arms. we made love
for about 2 hours. then got a few
messages from tina. They had caught
me sneaking out & were furious. They
suspected I was with CJ but w/ NO proof
were st/8 later on that night me &
CJ were figuring out what to do & eventually
we fell asleep. We wake up at 7:00 Am

The next morning, by Tina banging on the door to the camper. obviously we didn't answer the door. I ended up going home around 9:30 -10:00 the next day & they were pissed.

dont Regret a
single thing
though!! ♡

meagan
+
Christopher

♡ 1/14/18      my earth ♡

3/22/18

SO I havent written in a while but so much has been going on. So recentley, Tina and my dad assume me and CJ have something going on and were thretening on putting him in jail & also the cops are looking for him anyways for stealing. CJ's trying to get my dad & Tina in so much trouble. Idk what to do.

3/25/18

Today I had to go get this tweak
ASS hoe bitch Alissa out of CJs
R.V. me and this girl has ran into
eachother one time before & I warned
CJ about her.